**FILED**

JUL 21 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| Name | Richard Louis Brown - PRO SE LITIGANT |
| Street Address | 3225 43rd Street |
| City and County | Sacramento, Sacramento County |
| State and Zip Code | California, 95817 |
| Telephone Number | 408-207-2339 |
| Email | richard.brown7437@yahoo.com |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Richard Louis Brown
_____
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Richard Rees Wake
_____
_____
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:25-CV-2021 DC SCR (PS)
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
*(check one)*

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Richard Louis Brown |
| Street Address | 3225 43rd Street |
| City and County | Sacramento, Sacramento |
| State and Zip Code | California, 95817 |
| Telephone Number | 408-207-2339 |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Richard Rees Wake |
| Job or Title (if known) | Retired |
| Street Address | 1120 35th Avenue |
| City and County | Sacramento, Sacramento |
| State and Zip Code | Sacramento, 95822 |
| Telephone Number | 916-718-5836 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

2

Defendant No. 3

    Name       _____

    Job or Title    _____
    (if known)

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

Defendant No. 4

    Name       _____

    Job or Title    _____
    (if known)

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction?  *(check all that apply)*

    ☐  Federal question              ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as Plaintiff's claims arise under the Constitution and laws of the United States, including but not limited to 42 U.S.C. § 1983 and the First and Fourteenth Amendments to the U.S. Constitution - Due Process and Equal Protection, Abuse of Process, Malicious Prosecution, Defamation.

Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2) because both the Plaintiff and Defendant reside in this district, and a substantial part of the events or omissions giving rise to the claims occurred in this district.

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

   a.      If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.      If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

   a.      If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

**3.    The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.   Do not make legal arguments.   State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.   State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.   If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.   Attach additional pages if needed.

1. Plaintiff is a resident of California, African-American and a disabled military veteran. He has been actively engaged in public speech and litigation concerning matters of public interest, including labor rights and government accountability.

2. Defendant is an individual who resides in California and has engaged in a series of legal and extra-judicial actions against Plaintiff.

3. Defendant publicly defamed Plaintiff through false and damaging statements made on social media and in court documents starting May 21, 2024 to the present.

4. Plaintiff filed a defamation lawsuit in state court on May 29, 2024, which Defendant has repeatedly attempted to undermine through frivolous Anti-SLAPP motions and vexatious litigant motions.

5. Plaintiff successfully defeated the Anti-SLAPP motion on two separate occasions (October 10, 2024 and again on February 11, 2025).

6. Defendant submitted a vexatious litigant motion under the guidance of disbarred attorney for moral turpitude for being vexatious, Kevin Michael Healy # 173479, which was denied in December 2024 but subsequently granted in June 2025 using nearly identical facts—causing undue burden, delay, and reputational harm.

7. Defendant privately offered four separate apologies by email to Plaintiff, thereby acknowledging wrongful conduct on 1) June 18, 2024 at 8:33am via his first attorney Mr. Webb,  2) June 21, 2024 at 4:45 PM, 3) June 22, 2024 at 3:08 PM via process server Tara Obidgbo, and 4) June 22, 2024 at 4:39 PM.

8. Plaintiff never received any PTSD diagnosis from the VA or medical provider, and VA records were misused and/or misrepresented by Defendant to challenge Plaintiff's credibility in defamation proceedings.

9. Defendant's conduct has chilled Plaintiff's speech, delayed access to the courts, and burdened Plaintiff with legal threats and financial insecurity.

5

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that this Court:
A. Declare that Defendant's conduct violated Plaintiff's constitutional rights;
B. Issue a preliminary and permanent injunction enjoining Defendant from further harassing litigation or defamatory publication;
C. Award compensatory and punitive damages in an amount of $21,000,000 to be proven at trial;
D. Award reasonable attorneys' fees and costs under 42 U.S.C. § 1988;
E. Grant such other relief as this Court deems just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 21, 2025

Signature of Plaintiff   *Richard Louis Brown*
Printed Name of Plaintiff   Richard Louis Brown